IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOANGELA EVANS KING,<br><br>               Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of the Social Security Administration;<br><br>               Defendant. | 8:19-CV-314<br><br>**ORDER** |

       This matter comes before the Court on Plaintiff's, JoAngela Evans King's, Motion for Leave to Appeal in Forma Pauperis, Filing 36, and Motion for Appointment of Counsel, Filing 37.

       Federal Rule of Appellate Procedure 24(a)(3) provides that "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis." King was previously granted in-forma-pauperis status before this Court, Filing 5, and the Court therefore finds her Motion for Leave to Appeal in Forma Pauperis should be granted.

       The Court denies King's Motion for Appointment of Counsel without prejudice to reassertion before the Eighth Circuit Court of Appeals. Accordingly,

       IT IS ORDERED:

          1. Plaintiff's Motion for Leave to Appeal in Forma Pauperis, Filing 36, is granted; and

          2. Plaintiff's Motion for Appointment of Counsel on appeal, Filing 37, is denied without prejudice to reassertion before the Eighth Circuit Court of Appeals.

       Dated this 18th day of September, 2020.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge